IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01256-WYD-CBS

DIANNE J. KENNEDY,
    Plaintiff,
v.

QWEST COMMUNICATIONS,
    Defendant.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action came before the court on November 16, 2005 for a Scheduling Conference. Pursuant to the Order of Reference dated August 1, 2005 (doc. # 5), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions." The court hereby incorporates by reference its comments made in open court on November 16, 2005.

On September 13, 2005, the court issued a Minute Order resetting the Scheduling Conference from October 26, 2005 to November 16, 2005 at 9:00 a.m. (Mountain Time) in Courtroom A-402, Fourth Floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. (*See* docs. # 10 and # 8). A copy of the Minute Order was mailed to Kennedy at 3066 Uvalda Street, Aurora, Colorado 80011, the address provided to the court by Kennedy. (*See* "Title VII Complaint" at ¶

1

1). The court's records indicate that Kennedy's copy of the Minute Order was not returned to the court as undeliverable. On November 9, 2005, the court received a proposed Scheduling Order signed by Kennedy that confirmed that the Scheduling Conference was set on November 16, 2005 at 9:00 a.m. The court held the Scheduling Conference on November 16, 2005 at 9:00 a.m. Kennedy did not appear. A member of the court"s staff telephoned Kennedy at her home. Kennedy explained that she did not appear at the Scheduling Conference because she works nights. Based on the circumstances, the court reset the Scheduling Conference to Thursday December 1, 2005 at 11:30 a.m.

On October 11, 2005, Defendant filed its Motion for Partial Dismissal (doc. # 18). On October 12, 2005, in conformance with D.C. COLO. LCivR 7.1 C., the court issued a Minute Order (doc. # 20) directing Kennedy to file any response she may have to the Motion on or before October 31, 2005. A copy of the Minute Order was mailed to Kennedy at the address provided to the court. The court's records indicate that Kennedy's copy of the Minute Order was not returned to the court as undeliverable. As of this date, Kennedy has not filed any response.

Accordingly, IT IS ORDERED that:

1. **Kennedy is required to appear in person or through counsel at the Scheduling Conference set on Thursday, December 1, 2005 at 11:30 a.m.**

2. **Kennedy may file any response to Defendant's Motion for Partial Dismissal (doc. # 18) on or before November 29, 2005. No further extensions will be granted to respond to Defendant's Motion for Partial Dismissal.**

2

Dated at Denver, Colorado, this 17th day of November, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge