IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01256-WYD-CBS

DIANNE J. KENNEDY,

     Plaintiff(s),

v.

QWEST COMMUNICATIONS,

     Defendant(s).

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the court on the parties' Stipulation for Dismissal with Prejudice, filed December 16, 2005, in which the parties seek dismissal of this case in accordance with Fed.R.Civ.P. 41(a)(1)(ii).  After consideration of the Stipulation and the file herein, the Court finds that this case should be dismissed with prejudice. Therefore, it is hereby

ORDERED that the Stipulation for Dismissal With Prejudice, filed December 16, 2005, is **GRANTED**.  It is

FURTHER ORDERED that the claims and causes of action asserted in this matter are **DISMISSED WITH PREJUDICE**, each side to bear its own attorneys' fees and costs.

Dated:  December 19, 2005

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge